UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE J. CONGER and ROBERT D. CONGER, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 1:13-cv-01666-AWI-BAM<br><br>**ORDER GRANTING JOINT AMENDED MOTION TO STAY** |

The Court has considered the parties' Joint Amended Motion to Stay Pending Transfer to MDL (Doc. 13). For good cause shown therein, it is hereby ORDERED that the parties' Motion is GRANTED.   This action is HEREBY STAYED until the MDL Panel issues its order on the pending motion to transfer. The initial scheduling conference currently set for March 4, 2014 is VACATED.   The parties' original Joint Motion to Stay (Doc. 12) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **February 26, 2014**          /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT AMENDED MOTION TO STAY PENDING TRANSFER TO MDL